JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

FILED

2008 MAR 21 P 7:55

E-FILING

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-00183 HRL JF |
| Plaintiff, | VIOLATION: 8 U.S.C. § 1326 - Illegal Re-entry Following Deportation |
| v. | |
| ELVIS FABRICIO SANDOVAL-CORONA, | SAN JOSE VENUE |
| Defendant. | |

INFORMATION

The United States Attorney charges:

On or about January 4, 2008, the defendant,

ELVIS FABRICIO SANDOVAL-CORONA,

an alien, previously having been arrested and deported from the United States on or about September 15, 2005, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a reapplication by the defendant for admission into the United

//

INFORMATION

```
 1  States, in violation of Title 8, United States Code, Section 1326.
 2
 3  DATED: 3/21/08
 4                                    JOSEPH P. RUSSONIELLO
                                      United States Attorney
 5
 6                                    /s/ David R. Callaway
 7                                    DAVID R. CALLAWAY
                                      Deputy Chief, San Jose Branch
 8
 9
10  Approved as to form:  /s/ Benjamin Kennedy
                          SAUSA Benjamin Kennedy
11
12
...
28
```

INFORMATION                              2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAR 21 P 3:55

**OFFENSE CHARGED**
Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

**DEFENDANT - U.S.**
RICHARD W. WIEKING
ELVIS FABRICIO SANDOVAL-CORONA
U.S. DISTRICT COURT

**DISTRICT COURT NUMBER**
CR-08 00183 JF

---

**PROCEEDING**
Name of Complainant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    BENJAMIN KENNEDY

**DEFENDANT** — HRL

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

**DATE OF ARREST**    Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY**    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: