AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __California__

FILED
MAR 25 2008

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 08-00183 JF

I, __Elvis Sandoval-Corona__, the above named defendant, who is accused of

__violating 8 USC 1326__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __March 25, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer