1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4
   BENJAMIN T. KENNEDY (CASBN 241350)
5  Assistant United States Attorney

6      150 Almaden Boulevard
       San Jose, California 95113
7      Telephone: (408) 535-5059
       Facsimile: (408) 535-5066
8      Email: benjamin.t.kennedy@usdoj.gov

9  Attorneys for the United States of America

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )   No.    CR 08-00183 JF
                                      )
15         Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                      )   ORDER EXCLUDING TIME FROM
16     v.                             )   APRIL 23, 2008 TO MAY 28, 2008 FROM
                                      )   THE SPEEDY TRIAL ACT
17  ELVIS FABRICIO SANDOVAL-          )   CALCULATION (18 U.S.C. §
    CORONA,                           )   3161(h)(8)(A))
18                                    )
           Defendant.                 )
19                                    )
    _____

20

21

22     The parties stipulate that the time between April 23, 2008 and May 28, 2008 is excluded

23  under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

24  continuance would unreasonably deny defense counsel reasonable time necessary for effective

25  preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the

26  ends of justice served by granting the requested continuance outweigh the best interest of the

27  public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.

28  //

                                    1

18 U.S.C. §3161(h)(8)(A).


DATED: April 23, 2008                    JOSEPH P. RUSSONIELLO
                                         United States Attorney


                                         ___/s/_____
                                         BENJAMIN T. KENNEDY
                                         Assistant United States Attorney


                                         ___/s/_____
                                         CARLEEN ARLIDGE
                                         Attorney for Defendant

### ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between April 23, 2008 and May 28, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED:  4/29/08

nunc pro tunc to 4/23/08

_____

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE