**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, July 9, 2008
**Case Number:** CR-08-000183-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**     **UNITED STATES OF AMERICA V. ELVIS SANDOVAL-CORONA**

|  **PLAINTIFF** | **DEFENDANT** |
| :---: | :---: |
| United States | Elvis Sandoval-Corona |
| **Attorneys Present:** Chad Mandell | **Attorneys Present:** Carleen Arlidge |

---

PROCEEDINGS:

　　Further status review hearing held. Counsel and defendant are present. Continued to 8/13/08 at 9:00 a.m. for further status review. 35 days are excluded for the reasons stated.