UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CRIMINAL MINUTES**

**Court Proceedings:** Further Status Review Hearing, August 13, 2008
**Case Number:** CR-08-000183-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:     UNITED STATES OF AMERICA V. ELVIS SANDOVAL-CORONA

| PLAINTIFF | DEFENDANT |
|---|---|
| United States | Elvis Sandoval-Corona |
| Attorneys Present: Chad Mandell | Attorneys Present: Carleen Arlidge |

PROCEEDINGS:
   Further status review hearing held. Counsel and defendant are present. Continued to 9/24/08 at 9:00 a.m. for further status review. 42 days are excluded for the reasons stated.